# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Willie Reese ,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                      3:07-cv-308-03

ATF & E, et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/7/2007 Order.

                                    Signed: August 7, 2007

                                    Frank G. Johns, Clerk
                                    United States District Court