# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Willie Reese ,

    Plaintiff(s),

vs.

ATF & E, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-308-03

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/7/2007 Order.

Signed: August 7, 2007

Frank G. Johns, Clerk
United States District Court